IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHELTON L. BONDS<br>(TDCJ No. 1953652),<br><br>Petitioner,<br><br>V.<br><br>LORIE DAVIS, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:18-cv-1299-K-BN |

ORDER WITHDRAWING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE AND
GRANTING MOTION TO FILE A REPLY

Petitioner Shelton L. Bonds ("Bonds") has filed a *Motion for Permission to Refile his Traverse to the State's Response. See* Dkt. No. 18. Bonds states that he timely submitted his traverse/reply to the Respondent's response but that it was not filed by the Court. A review of the docket shows that the Respondent filed a response to Bonds's Section 2254 habeas petition on September 5, 2018, *see* Dkt. No. 13, and that although the Court granted Bonds's motion for an extension of time to file a reply on October 11, 2018, *see* Dkt. No. 15, no reply was filed. On March 11, 2019, the Court filed the *Findings, Conclusions, and Recommendation of the United States Magistrate Judge* in this case. *See* Dkt. No. 17.

However, in the interest of justice, the Court **GRANTS** Bonds's request to file his traverse. The Clerk shall file Bonds's *Traverse to the Respondent's Answer*, Dkt. No. 18-1, as his reply to the Respondent's response.

1

The Clerk shall additionally **WITHDRAW** the *Findings, Conclusions, and Recommendation of the United States Magistrate Judge*. *See* Dkt. No. 17.

Bonds's reply to the Respondent's response will be considered in the resolution of this case.

Finally, although Bonds requests that the Court require either the TDCJ-CID or the Respondent provide the Court with a copy of his reply, *see* Dkt. No. 18 at 2, the Court finds this to be unnecessary. A copy of the reply was attached to Bonds's motion. *See* Dkt. No. 18-1.

SO ORDERED

DATED: March 13, 2019

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE